UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARDO SANCHEZ
FERNANDEZ,

        Petitioner,

v.                                                  Case No.:  2:26-cv-2104-SPC-KRH

WARDEN MORDANT *et al.*,

        Respondents.

_____/

## **ORDER**

Before the Court is Petitioner Leonardo Sanchez Fernandez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). Sanchez Fernandez is in immigration detention, and he constructively filed the petition on June 15, 2026. The petition challenges the legality of Sanchez Fernandez's detention at Alligator Alcatraz, but Immigration and Customs Enforcement transferred him to a facility in El Paso, Texas on June 14, 2026. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should…file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004). The Court thus finds this action should be transferred to the El Paso Division of the Western District of Texas. 28 U.S.C. § 2241(a).

2

Accordingly, it is

**ORDERED:**

1. Under 28 U.S.C. § 1631 this case is **TRANSFERRED** to the El Paso Division of the Western District of Texas for all further proceedings.

2. The Clerk is **DIRECTED** to forward the file to that District, deny any motions as moot, terminate the deadlines, and close the Fort Myers file.

**DONE** and **ORDERED** in Fort Myers, Florida on July 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:   All Parties of Record

2